No. 82–1104.  GENERAL ATOMIC CO. v. UNITED NUCLEAR CORP.  Sup. Ct. N. M.  Motion of petitioner to substitute GA Technologies, Inc., as party petitioner denied.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE BLACKMUN would grant certiorari.

No. 82–5977.  HILL v. FLORIDA.  Sup. Ct. Fla.;

No. 82–5987.  RICHARDSON v. ALABAMA.  Ct. Crim. App. Ala.; and

No. 82–5989.  STOKES v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.  Reported below: No. 82–5977, 422 So. 2d 816; No. 82–5987, 419 So. 2d 289; No. 82–5989, 638 S. W. 2d 715.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–5995.  REED v. GEORGIA.  Ct. App. Ga.  Motion of petitioner to defer consideration of the petition for writ of certiorari denied.  Certiorari denied.

No. 82–894.  MASTRO ET AL. v. UNITED STATES, 459 U. S. 1108;

No. 82–5444.  HARVARD v. FLORIDA, 459 U. S. 1128;

No. 82–5805.  ENGELKE v. SHERING, JUDGE OF JUSTICE COURT, CLARK COUNTY, NEVADA, 459 U. S. 1150; and

No. 82–5878.  DISILVESTRO v. UNITED STATES, 459 U. S. 1177.  Petitions for rehearing denied.